UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr78-CWR-FKB

CHRISTOPHER E. LEMON

18 U.S.C. §1111 (2nd Degree)
18 U.S.C. § 924(l)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 922(j)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

On or about July 3, 2014, in Leake County in the Northern Division of the Southern District of Mississippi, on the Natchez Trace Parkway, a place within the special territorial jurisdiction of the United States, the defendant, **CHRISTOPHER E. LEMON**, with malice aforethought did unlawfully kill C.C. by shooting her at least five (5) times with a 9mm semi-automatic handgun, in violation of Sections 1111 and 7, Title 18, United States Code.

COUNT 2

On or about July 2, 2014, in Leake County in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER E. LEMON**, stole and unlawfully carried away a firearm which had previously been shipped or transported in interstate commerce, in violation of Sections 924(l) and 2, Title 18, United States Code.

COUNT 3

On or about July 3, 2014, in Leake County in the Northern Division in the Southern District of Mississippi, the defendant, **CHRISTOPHER E. LEMON**, knowingly disposed of a stolen firearm, which had been previously shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

COUNT 4

On or about July 3, 2014, in Leake County in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER E. LEMON**, knowingly used and carried a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, 2ND Degree Murder as charged in Count 1 of this indictment and discharged that firearm, in violation of Section 924(c)(1)(A)(iii), Title 18, United States Code.

COUNT 5

From on or about July 2, 2014, and continuing until July 3, 2014, in Leake County in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER E. LEMON**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all

property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this indictment:

**One (1) Ruger Model LC9-LM 9mm semi-automatic pistol serial number 322-725508**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL·

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ____ day of September, 2016.

UNITED STATES DISTRICT JUDGE